UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO HUERTERO,

Plaintiff,

- against -

PAPPAS OG LLC, ET AL.,

Defendants.

26-cv-5965 (JGK)

Order

JOHN G. KOELTL, District Judge:

The plaintiff filed the complaint on June 15, 2026. ECF No. 1. On September 10, 2026, the plaintiff filed a return of service indicating that service had been made on the defendant Pappas OG LLC on August 19, 2026. ECF No. 8. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Pappas OG LLC was therefore required to answer or otherwise respond by September 9, 2026. To date, Pappas OG LLC has not done so.

The time for Pappas OG LLC to answer or respond to the complaint is extended until **October 16, 2026.** Failure to respond to the complaint by this date may result in the entry of a default and a default judgment against Pappas OG LLC. The plaintiff is directed to serve this Order on Pappas OG LLC by **October 2, 2026**, and to file proof of service on the docket.

SO ORDERED.

Dated: New York, New York
September 25, 2026

John G. Koeltl
United States District Judge