UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO HUERTERO,

Plaintiff,

- against -

PAPPAS OG LLC, ET AL.,

Defendants.

---

26-cv-5965 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

The plaintiff filed the complaint on June 15, 2026. ECF No. 1. On September 10, 2026, the plaintiff filed a return of service indicating that service had been made on the defendant Pappas OG LLC on August 19, 2026. ECF No. 8. Pursuant to Federal Rule of Civil Procedure 12(a), Pappas OG LLC was therefore required to answer or otherwise respond by September 9, 2026. On September 25, 2026, the Court extended that time until October 16, 2026. To date, Pappas OG LLC has failed to answer or otherwise respond to the complaint.

The time for Pappas OG LLC to answer or respond to the complaint is extended until **November 11, 2026.** If Pappas OG LLC fails to respond by that date, the plaintiff may move for a default judgment against Pappas OG LLC, by order to show cause and in accordance with Federal Rule of Civil Procedure 55 and Local Civil Rules 55.1 and 55.2, no later than **November 23, 2026**. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

The plaintiff has not yet served the defendant Danielle Jimenez Marine. Federal Rule of Civil Procedure 4(m) requires the plaintiff to serve each defendant within ninety days after the complaint is filed. The time to serve the defendant Danielle Jimenez Marine expired on October 13, 2026. The time for the plaintiff to serve the defendant Danielle Jimenez Marine is extended until **November 10, 2026.** This Order constitutes notice to the plaintiff that if the summons and complaint are not served on the defendant Danielle Jimenez Marine by the applicable date, the claims against that defendant may be dismissed without prejudice. See Fed. R. Civ. P. 4(m).

The plaintiff is directed to serve this Order on the defendants by **October 26, 2026** and to file proof of service on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 21, 2026**

**John G. Koeltl**
**United States District Judge**