UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANCISCO HUERTERO,
Plaintiff(s)

26 civ 5965 (JGK)

-against-

PAPPAS OG LLC, et al.,
Defendant(s).
------------------------------------------------------------X

**ORDER**

The conference scheduled for Thursday, November 5, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 27, 2026